**FILED**

**MAR 1 3 2007**

CLIFFORD J. PROUD
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN THE MATTER OF THE ) | |
| APPLICATION OF THE UNITED ) | |
| STATES OF AMERICA FOR AN ORDER ) | No. 06-M-6014-CJP |
| AUTHORIZING THE INSTALLATION ) | |
| AND USE OF A PEN REGISTER AND ) | |
| ENHANCED CALLER IDENTIFICATION ) | |
| DEVICES FOR TELEPHONE ) | |
| # 618-978-3941 ) | |

### ORDER

**PROUD, Magistrate Judge:**

This matter comes before the Court on the United States' Motion to Unseal. Having considered the motion, being fully advised of its premises, and for good cause shown,

**IT IS ORDERED** that the United States' Motion to Unseal be and is hereby **GRANTED**. All documents filed in this case are unsealed.

**IT IS SO ORDERED.**

DATED: 13 MARCH 2007

_____
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**